# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LUNDSTROM,<br><br>    Plaintiff,<br><br>v.<br><br>CARLA YOUNG, an individual; LIGAND PHARMACEUTICALS, INC.; LIGAND PHARMACEUTICALS, INC. 401(k) PLAN; and DOES 1 through 20,<br><br>    Defendants. | Case No. 3:18CV02856-GPC-MSB<br><br>**ORDER TO STAY CASE IN ITS ENTIRETY PENDING FILING AND DISPOSITION OF PETITION FOR WRIT OF CERTIORARI** |

The Parties have filed a Joint Stipulation to Stay Case until The Supreme Court of the United States has issued a final determination or denied Defendant Carla Young's Petition for Writ of Certiorari. ECF No. 84. Having considered the Joint Motion and for good cause shown, the Court hereby **ORDERS** as follows:

1. All deadlines will be stayed and calendared after a final determination or denial is received. The Parties will pursue no discovery or participate in any litigation in this matter without moving this Court for a subsequent order to modify this Order.

2. The Parties shall submit a Joint Status Report regarding the status of the Petition for Writ of Certiorari every sixty (60) days until such time as there is a disposition.

3. Further, the Parties shall advise this Court of any relevant developments regarding the status of the Petition for Writ of Certiorari within five (5) court days of any such development.

4. Defendant Young will submit a notice of final determination and proposed order to this Court to lift the stay in this action after the conclusion of the Petition process.  Defendant Young shall do so within five (5) court days of the Supreme Court's final determination or denial of the Petition.

Given that the Court grants a stay pursuant to the Joint Stipulation of the Parties, the Court further **ORDERS** that Defendant's previously filed Motion to Stay, ECF No. 82, be denied as moot.

**IT IS SO ORDERED.**

Dated:  August 11, 2021

Hon. Gonzalo P. Curiel
United States District Judge