1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LUNDSTROM,<br><br>                    Plaintiff,<br><br>         v.<br><br>CARLA YOUNG, et al.,<br><br>                    Defendant. | Case No. 3:18-cv-02856-GPC-MSB<br><br>**ORDER APPROVING APPLICATION FOR ORDER AUTHORIZING REGISTERED PROCESS SERVER TO LEVY EXECUTION PURSUANT TO CAL. CODE CIV. PROC. § 699.080**<br><br>**[ECF No. 171]** |

On January 30, 2023, this Court granted Defendant Young ("Young") $67,617.10 in attorneys' fees and $1,246.58 in costs, (ECF No. 143), and on March 21, 2023, the Court granted Young's motion for entry of final judgment as to the claims Plaintiff Lundstrom ("Lundstrom") asserted against Young, (ECF No. 154). Young now moves for an ordering authorizing a registered process server, rather than the U.S. Marshal, to levy a writ of execution pursuant to California Code of Civil Procedure § 669.080.

The execution of final judgments is governed by Federal Rule of Civil Procedure ("Rule") 69(a). Rule 69(a) states that "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise. The procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must

accord with the procedure of the state where the court is located . . ." Fed. R. Civ. P. 69(a)(1); *see also Credit Suisse v. U.S. Dist. Court for the Cent. Dist. Of California*, 130 F.3d 1342, 1344 (9th Cir. 1997). Under California law, "[a] registered process server may levy under a writ of execution" on the types of property listed in California Civil Procedure Code § 699.080(a)(1)-(9). A registered process server is a person registered as a process server pursuant to the Business and Professions Code. Cal. Civ. Proc. Code § 481.250. Subsections 699.080(b)-(g) lay out the procedure by which a registered process server must levy under a writ of execution.

The Court has reviewed the documents filed by Young and finds that Nationwide Legal, LLC employs California registered process servers. The Court finds that the interests of justice would be served by relieving the United States Marshal from effectuating certain types of services necessary to effectuate collection of judgment in this action. The Court finds that the use of a process server is routine and authorized by California law. *See Joe Hand Promotions, Inc. v. Villalobos*, 2009 WL 4756613, at *2 (E.D. Cal. Dec. 8, 2009).

Accordingly, **IT IS HEREBY ORDERED** that:

1.     The Application is GRANTED;

2.     Young may employ a registered private process server, specifically identified as Nationwide Legal, LLC, who employs California registered process servers over eighteen years of age and of suitable discretion, and who is not a party to the action;

3.     Nationwide Legal, LLC shall comply with the requirements of the California Code of Civil Procedure concerning the enforcements of judgments, including California Code of Civil Procedure § 699.080; and

4.     The U.S. Marshal's Office shall remain the levying officer for any Writ of Execution entered in this action.

**IT IS SO ORDERED.**

1

Dated:  June 6, 2023

2

Hon. Gonzalo P. Curiel
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28