UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LUNDSTROM,<br><br>       Plaintiff,<br><br>    vs.<br><br>CARLA YOUNG, an individual; LIGAND PHARMACEUTICALS, INC.; LIGAND PHARMACEUTICALS, INC. 401(k) PLAN; KOONSFULLER, PC and DOES 1 through 20,<br><br>       Defendants. | Case No. 3:18-cv-02856-GPC-MSB<br><br>**ORDER GRANTING *EX PARTE* MOTION OF DEFENDANTS LIGAND PHARMACEUTICALS, INC.'S AND LIGAND PHARMACEUTICALS, INC. 401(k) PLAN'S UNOPPOSED EX PARTE APPLICATION TO ENLARGE TIME TO FILE SUMMARY JUDGMENT MOTIONS UNTIL JANUARY 20, 2024**<br><br>**[ECF No. 203]** |

Having considered the Unopposed *Ex Parte* Application to Enlarge the Time to File Summary Judgment Motions Until January 20, 2024, submitted by Defendants Ligand Pharmaceuticals Inc. and Ligand Pharmaceuticals Inc. 401(k) Plan, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT the *Ex Parte* Application is granted. IT IS FURTHER ORDERED that the deadline for the parties to file motions for summary judgment is extended from December 20, 2023, until January 20, 2024.

///

///

**IT IS SO ORDERED.**

Dated:  November 16, 2023

Hon. Gonzalo P. Curiel
United States District Judge